**SWIFT CHEMICAL COMPANY,
Plaintiff-Appellee,**

v.

**USAMEX FERTILIZERS, INC., et al.,
Defendants-Appellants.**

**USAMEX FERTILIZERS, INC., et al.,
Plaintiffs-Appellants,**

v.

**SWIFT AGRICULTURAL CHEMICAL
CORPORATION, Defendant-Appellee.**

No. 80-3560.

United States Court of Appeals,
Fifth Circuit.
Unit A

April 28, 1981.

Rehearing and Rehearing En Banc
Denied June 17, 1981.

J. William Vaudry, Jr., New Orleans, La., Bill, Durkee, Michael O. Sutton, Walter R. Brookhart, Houston, Tex., for defendants-appellants.

Jerry A. Brown, Richard W. Bussoff, New Orleans, La., John W. Hofeldt, Rolf O. Stadheim, Arthur R. Curtis, Chicago, Ill., Monroe & Lemann, New Orleans, La., for Swift Agricultural Chemical Corp.

Before THORNBERRY, COLEMAN and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the opinion of District Judge Morey L. Sear, 490 F.Supp. 1343 (E.D.La.1980).

AFFIRMED.